UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Randy Eastvold,

                Plaintiff,

    vs.                                  ORDER ADOPTING
                                        REPORT AND RECOMMENDATION

Michael J. Astrue, Commissioner
of Social Security,[1]

                Defendant.           Civ. No. 03-3054 (MJD/RLE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    That the Defendant's Motion to Reopen [Docket No. 5] is granted.

    2.    That, the District Court adopts the Recommendation of Chief Magistrate Judge Raymond L. Erickson, dated March 18, 2009, and the Plaintiff is directed to file his Motion for Summary Judgment within sixty (60) days after the date of this Order, which triggers the briefing schedule contemplated by our Local Rules.

DATED: April 8, 2009                                s/Michael J. Davis
At Minneapolis, Minnesota                  Michael J. Davis, Chief Judge
                                                    United States District Court

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and, pursuant to Rule 25(d)(1), Federal Rules of Civil Procedure, we have substituted him as the named Defendant.